UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Stephen D. Richek | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 15-36090<br><br>Chapter: 7<br><br>Honorable Carol Doyle |
| Debtor(s) | ) | |
| Secure Link, LLC | )<br>)<br>) | Adv. No.: 16-00502 |
| Plaintiff(s) | ) | |
| Stephen D. Richek, Perry Goldberg, as trustee of trust created for the benefit of Stephen Richek, | )<br>)<br>) | |
| Defendant(s) | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO NOVEMBER 1, 2016, STRIKING SEPTEMBER 14, 2016 STATUS HEARING AND RE-SETTING STATUS HEARING FOR NOVEMBER 10, 2016.**

This matter having come before the Court on Defendant Perry Goldberg's motion for an extension of time to answer or otherwise plead and the Court being advised in the premises;

IT IS ORDERED that Defendant Perry Goldberg is given an extension of sixty (60) days to and including November 1, 2016 to answer or otherwise plead to the complaint.

IT IS FURTHER ORDERED that the status hearing set for September 14, 2016 is stricken and is re-set for November 10, 2016 at 10:30 a.m. in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois.

Enter:

*Carol Doyle* (signature)

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: September 07, 2016

**Prepared by:**

Alexander D. Kerr, Jr.
Heyl, Royster, Voelker & Allen
33 N. Dearborn St., 7th Fl.
Chicago, IL 60602
312-853-8700 (telephone)
312-782-0040 (facsimile)
akerr@heylroyster.com